*391
 
 PER CURIAM.
 

 The appeal and cross-appeal are hereby DISMISSED.
 
 Hickox v. Taylor,
 
 933 So.2d 675 (Fla. 1st DCA 2006) (dismissing appeal where order granted motion and failed to enter judgment);
 
 Jensen v. Whetstine,
 
 985 So.2d 1218, 1220 (Fla. 1st DCA 2008) (dismissing appeal where order on appeal was not an appealable partial final judgment);
 
 Benton v. Moore,
 
 655 So.2d 1272 (Fla. 1st DCA 1995) (finding that a proper exercise of the Court’s discretion, provided under rule 9.110(Z), is dismissal of the appeal).
 

 LEWIS, THOMAS, and ROWE, JJ., concur.